# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alberto Rodriguez          JOINT DEBTOR: Elsa Rodriguez          CASE NO.: 14-14836-LMI
Last Four Digits of SS# 7115          Last Four Digits of SS# 3472

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 896.30 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 + 1,800   TOTAL PAID $ 2,500
        Balance Due   $ 2,950 payable $ 196.66/month (Months 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing, LLC
Address: P.O. Box 780          Lmm Payment     $ 562.50 /month (Months 1 to 36)
       Waterloo, IA 50704
Account No: 7196449248

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due $_____
        Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 47.51/month (Months 1 to 15) and Pay $ 244.17/month (Months 16 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: none

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez                              /s/ Robert Sanchez
Attorney for the Debtor                             Attorney for Joint Debtor
Date:_____                              Date:_____

LF-31 (rev. 01/08/10)