UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Alberto and Elsa Rodriguez                    Case No. 14-14836-LMI

        Debtors                                Chapter 13
_____/

## MOTION TO APPROVE LOAN MODIFICATION

**COMES NOW**, the Debtors, Alberto and Elsa Rodriguez, (hereinafter referred to as "Debtors") by and through undersigned counsel and files this Motion to Approve Loan Modification and as grounds therefore states the following:

1.      The debtors filed the instant case on February 28, 2014.

2.      Ocwen Loan Servicing is a secured creditor by virtue of a promissory note and mortgage on a real property located at: 8964 West Flagler Street, Apt. 110, Miami, FL 33174.

3.      Ocwen Loan Servicing has offered the debtors a modification proposal a copy of which is attached hereto as Exhibit "A".

4.      Ocwen Loan Servicing and the debtors have agreed to the terms set forth in the proposed modification proposal and seek approval of the Court and the entry of an Order authorizing the parties to enter into a modification agreement.

                              Respectfully Submitted:

                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 W 49th Street
                              Hialeah, FL 33013
                              Tel. (305) 687-8008

                              By:*/s/Robert Sanchez*_____
                                    Robert Sanchez, Esq., FBN#0442161