UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Alberto and Elsa Rodriguez                                   Case No. 14-14836-LMI
    Debtors                                                       Chapter 13
_____/

### NOTICE OF FILING OF DEBTORS' LOAN MODIFICATION AGREEMENT

**COMES NOW,** undersigned counsel and files this Notice of Filing of Debtor's Loan Modification Agreement.

**I HEREBY CERTIFY,** that a copy of this Notice of Filing of Debtors' Loan Modification Agreement has been sent this 7th day of May, 2015 via CM/ECF to: Nancy N. Neidich, Trustee.

**ROBERT SANCHEZ, P.A.**
355 West 49th Street
Hialeah, FL  33012
Tel. 305-687-8008

By:/s/ *Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161