

ORDERED in the Southern District of Florida on June 8, 2015.

*Laurel M. Isicoff*
**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Alberto and Elsa Rodriguez                     Case No. 14-14836-LMI
    Debtors                                          Chapter 13
_____/

### ORDER GRANTING DEBTORS' MOTION TO APPROVE LOAN MODIFICATION

THIS CAUSE came to be heard on  June 2, 2015 at 9:00 AM   upon the Debtors' Motion to Approve Loan Modification (the "Motion") (D.E. # 47 ).  There being no objections, based on the record it is

**ORDERED**:

1. The Motion is GRANTED.

2. The debtors are allowed to enter into the modification agreement.

3. The modification agreement is approved.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.