UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Alberto F Rodriguez                        Case No. 14-14836-LMI
    Elsa Y. Rodriguez

        Debtors                                    Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On February 28, 2014 the instant case was filed.

2. On July 11, 2014 debtors' Third Amended Chapter 13 plan was confirmed.

3. Debtors were granted a trial loan modification agreement through the court's MMM procedures.

4. The court approved the trial loan modification by Order on ECF#51.

5. The Debtors have been granted a final loan modification that was approved by the court on October 4, 2016.

6. Debtors wish to modify their plan to provide the final modified loan payments outside the bankruptcy plan and directly to the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN#0442161