

## ORDERED in the Southern District of Florida on December 14, 2016.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                      CASE NO.  14-14836-LMI

ALBERTO F RODRIGUEZ
ELSA Y RODRIGUEZ
                Debtor.
_____/

ORDER DENYING DEBTOR'S MOTION TO MODIFY

THIS CASE came on to be heard on December 6, 2016 on the Debtor's Motion to Modify Plan (ECF 60), and based on the record, it is ORDERED as follows:

1. The Motion to Modify is denied without prejudice as the Debtor(s) failed to provide the Trustee with a copy of the Debtors' 2015-2015 tax returns.

* * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee,  is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court