UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                     Case Number: 14-14836-LMI

ALBERTO RODRIGUEZ
    Debtor
_____/

OBJECTION TO 3RD MODIFIED PLAN

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Objection to the 3RD Modified Plan and states as follows:

1) The 3rd Modified plan contains a typographical error in the amount paid to the unsecured creditors month 1 - 34. The Trustee has paid the unsecured creditors a total of $4929.68 which is $144.99 per month from month 1 to 34.

                                        RESPECTFULLY SUBMITTED:

                                        NANCY K. NEIDICH, ESQUIRE
                                        STANDING CHAPTER 13 TRUSTEE
                                        P.O. BOX 279806
                                        MIRAMAR, FL 33027-9806

                                        By: /s/_____
                                        Amy Carrington, Esq.
                                        FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this and the Notice of Hearing was served through NEF on debtor's attorney

                                          NANCY K NEIDICH, ESQUIRE
                                        STANDING CHAPTER 13 TRUSTEE