# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
FOURTH Modified Plan

DEBTOR: Alberto Rodriguez     JOINT DEBTOR: Elsa Rodriguez     CASE NO.: 14-14836-LMI
Last Four Digits of SS# 7115     Last Four Digits of SS# 3472

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.   $ 772.47 for months 1 to 34;
- B.   $ 3,230.85 for months 35 to 35;
- C.   $ 234.11 for months 36 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3,650 + 1,800 + $525 (Motion to Modify) = $5,975 TOTAL PAID $ 2,500
                    Balance Due     $ 3,475 payable $ 86.77/month (Months 1 to 34);
                                    payable $ 525/month (Months 35 to 35)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing, LLC
Address: P.O. Box 780        MMM Payment    $ 512.87 /month (Months 1 to 34)
         Waterloo, IA 50704
Account No: 7196449248

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due  $_____
                 Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 144.99/month (Months 1 to 34); Pay $ 2,382.77/month (Months 35 to 35); and Pay $ 210.70/month (Months 36 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

"The Debtor has filed a Verified Motion for Referral to LMM with Ocwen Loan Servicing, LLC ("Lender"), loan number 7196449248, for real property located at 8964 West Flagler Street #110, Miami, FL 33174. The Debtors were granted a modification with Ocwen Loan Servicing through the court's MMM procedures and Debtors desire to pay for said modified payments directly to the lender and outside the bankruptcy.

Upon debtors filing their 941 taxes with the Internal revenue service, Debtors are to immediately provide copies of the 941 filing and Prof. Of payments of same to Nancy Neidich, Trustee.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Attorney for Debtor                         Attorney for the Joint Debtor
Date: 2/15/2017                             Date: 2/15/2017

LF-31 (rev. 01/08/10)